UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOUISIANA SHERIFFS' PENSION & RELIEF FUND, BOYNTON BEACH GENERAL EMPLOYEES' PENSION PLAN, and STEAMFITTERS LOCAL 449 PENSION FUND.,
Plaintiffs,
v.
DARA KHOSROWSHAHI, RONALD SUGAR, REVATHI ADVAITHI, TURQI ALNOWAISER, NIKESH ARORA, URSULA BURNS, ROBERT ECKERT, AMANDA GINSBERG, JOHN THAIN, ALEXANDER WYNAENDTS, ANDREW MACDONALD, BALAJI KRISHNAMURTHY, and PRASHANTH MAHENDRARAJAH,
Defendants,
– and –
UBER TECHNOLOGIES, INC.,
Nominal Defendant.

Case No. 3:26-CV-07600-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**: ORDER
(CIVIL LOCAL RULE 11-3)

I, Alexander Rigby, an active member in good standing of the bar of the State of Delaware, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Louisiana Sheriffs' Pension & Relief Fund, Boynton Beach General Employees' Pension Plan, and Steamfitters Local 449 Pension Plan in the above-entitled action. My local co-counsel in this case is Jonathan D. Uslaner, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 256898.

| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
|---|---|
| Bernstein Litowitz Berger & Grossmann LLP<br>500 Delaware Avenue, Suite 901<br>Wilmington, DE, 19801 | Bernstein Litowitz Berger & Grossmann LLP<br>2121 Avenue of the Stars, Suite 2575,<br>Los Angeles, California 90067 |

| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
|---|---|
| (302) 364-3600 | 310-819-3472 |

| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |
|---|---|
| alexander.rigby@blbglaw.com | jonathanu@blbglaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 7257.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/17/2026

Alexander Rigby
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Alexander Rigby is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 18, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California